# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEREMY KARG, MATTHEW R. LAMARCHE, CYNTHIA K. MARSHALL, SHIRLEY RHODES, and JEANINE E. VEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA CORPORATION; TRUSTEES OF THE AEGON USA, INC. PROFIT SHARING TRUST; and DOES 1–40<br><br>Defendants. | MISC Case No. 1:20-mc-91335<br><br>[related to Civil Action No. 1:18-cv-00134-CJW-KEM pending in the United States District Court for the Northern District of Iowa]<br><br>**RULE 45 MOTION TO COMPEL** |

## PLAINTIFFS' RULE 45 MOTION TO COMPEL PRODUCTION AGAINST NON-PARTY MERCER INVESTMENTS LLC

Pursuant to Federal Rule of Civil Procedure 45, Jeremy Karg, *et al.*, Plaintiffs in the above-captioned matter, by their undersigned attorneys, upon the Declaration of Niamh Lang and exhibits thereto, and the accompanying Memorandum of Law, respectfully move the Court for an Order compelling non-party Mercer Investments LLC to produce documents responsive to the subpoena issued on March 5, 2020, and for such other relief as the Court deems just and proper.

/s/ Andrew H. Miller
Andrew H. Miller (Bar # 682496)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
amiller@sanfordheisler.com

1

*Paul Blankenstein (*pro hac vice* forthcoming)
*Shaun Rosenthal (*pro hac vice* forthcoming)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue, SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
pblankenstein@sanfordheisler.com
srosenthal@sanfordheisler.com